F. V. Johnson, for appellants. F. X. McCollum, for respondent.

PER CURIAM. Order modified, by setting case down for trial on the first Monday of December, 1909, and, as modified, affirmed, without costs. Settle order on notice.

INGRAHAM and McLAUGHLIN, JJ., dissent.

---

STIEBEL v. GROSBERG. (Supreme Court, Appellate Division, First Department. November 5, 1909.) Action by Samuel J. Stiebel against John Grosberg. No opinion. Motion denied, with leave to renew, unless appellant be ready for argument on the third Friday of the present term. Order filed.

---

STIEBEL v. GROSBERG. (Supreme Court, Appellate Division, First Department. November 24, 1909.) Action by Samuel J. Stiebel against John Grosberg. No opinion. Motion denied, on payment of $10 costs. In default of payment, motion granted, with $10 costs. Order filed.

---

STIEBEL et al., Appellants, v. GROSBERG, Respondent. (Supreme Court, Appellate Division, First Department. December 10, 1909.) Action by Samuel J. Stiebel and others against John Grosberg. E. J. Bernheimer, for appellants. S. Hanford, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

STOLZ, Appellant, v. CITY OF SYRACUSE, Respondent. (Supreme Court, Appellate Division, Fourth Department. November 17, 1909.) Action by Benjamin Stolz, as receiver, etc., against the City of Syracuse.

PER CURIAM. Judgment and order (59 Misc. Rep. 600, 111 N. Y. Supp. 467) affirmed, with costs.

WILLIAMS, J., dissents. McLENNAN, P. J., not sitting.

---

STORK, Respondent, v. LYMBER, Appellant. (Supreme Court, Appellate Division, Second Department. November 24, 1909.) Action by Reinhard Stork against John D. Lymber. No opinion. Motion for reargument denied, with costs, and stay vacated. See, also, 118 N. Y. Supp. 1145.

---

STRAMMER, Respondent, v. MENDELSON, Appellant. (Supreme Court, Appellate Division, Second Department. December 3, 1909.) Action by Max Strammer against Abraham Mendelson. No opinion. Judgment and order affirmed, with costs.

---

STRAUSS v. EASTERN BREWING CO. (Supreme Court, Appellate Division, Second Department. November 24, 1909.) Action by Henry S. Strauss against the Eastern Brew-

ing Company. No opinion. Motion for reargument denied, with costs. See, also, 118 N. Y. Supp. 806, 1145.

---

SULLIVAN, Respondent, v. CITY OF TROY, Appellant. (Supreme Court, Appellate Division, Third Department. November 10, 1909.) Action by Michael Sullivan against the City of Troy. No opinion. Judgment and order unanimously affirmed, with costs.

---

SWEET, Appellant, v. VILLAGE OF SIDNEY, Respondent. (Supreme Court, Appellate Division, Third Department. November 10, 1909.) Action by Ada E. Sweet against the Village of Sidney. No opinion. Judgment unanimously affirmed, with costs.

---

SWENSON, Respondent, v. NORCROSS BROS. CO., Appellant. (Supreme Court, Appellate Division, First Department. December 3, 1909.) Action by Carl Swenson against the Norcross Brothers Company. G. H. D. Foster, for appellant. M. T. Manton, for respondent.

PER CURIAM. Judgment and order affirmed, with costs. Order filed.

McLAUGHLIN, J., dissents.

---

TAYLOR, Respondent, v. GOOSBY et al., Appellants. (Supreme Court, Appellate Division, First Department. November 5, 1909.) Action by James E. Taylor against James Goosby, as Noble Grand, and others. J. J. Kirby, for appellants. C. Goldzier, for respondent.

PER CURIAM. As to defendant Goosby, as Noble Grand, etc., judgment reversed, and complaint dismissed, with costs. As to individual defendants, judgment reversed, and new trial ordered, with costs to appellants to abide event, unless plaintiff stipulates to reduce judgment as against them to $405.28, in which event judgment, as so reduced, affirmed, without costs. Settle order on notice.

---

TAYLOR et al., Respondents, v. HIGGS et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. December 1, 1909.) Action by Lillian B. Taylor and another against John B. Higgs, as administrator, etc., and others.

PER CURIAM. Judgment affirmed, with costs.

McLENNAN, P. J., and KRUSE, J., dissent, upon the authority of Hamlin v. Stevens, 177 N. Y. 39, 69 N. E. 118.

---

TEITLER, Appellant, v. EGAN et al., Respondents. (Supreme Court, Appellate Division, Second Department. December 3, 1909.) Action by Dora Teitler, as administratrix, etc., of Hyman Teitler, deceased, against Patrick B. Egan and others. No opinion. Judgment and order unanimously affirmed, with costs.